ACCEPTED
02-15-00183-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
6/19/2015 8:57:32 AM
DEBRA SPISAK
CLERK

360-535647-13

FILED
TARRANT COUNTY
6/5/2015 5:10:29 PM
THOMAS A. WILDER
DISTRICT CLERK

NO. **360-535647-13**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| FREDERIKC WILLIS DOBBINS | § | |
| AND | § | **360th** JUDICIAL DISTRICT |
| CASSANDRA LYNN   DOBBINS | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| MONIKA N. DOBBINS, CHILD | § | TARRANT COUNTY, TEXAS |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
6/19/2015 8:57:32 AM
DEBRA SPISAK
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Frederikc Willis Dobbins, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.      The trial court, cause number, and style of this case are as shown in the caption above.

2.      The judgment or order appealed from was signed on May 14th, 2015.

3.      The deadline for filing Notice of Appeal is June 15th, 2015.

4.      Frederikc Willis Dobbins desires to appeal from all portions of the judgment.

5.      This appeal is being taken to the Second Court of Appeals.

6.      This notice is being filed by Frederikc Willis Dobbins.

Respectfully submitted,

Duong Law Firm
P.O. Box   816341
Dallas, TX   75381
Tel: (214) 390-0999
Fax: (214) 390-0998
Hanh@DuongLaw.net

By: _____
        Hanh H. Duong
        State Bar No. 24012565
        Attorney for Frederikc Willis Dobbins

**Certificate of Service**

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:                Cassandra Lynn Preston fka Cassandra Lynn Dobbins
Lead attorney:        Doug W. Wright
Address of service:   4747 S. Hulen St. S. 100
Method of service:    by e-service to dwright@galyen.com
Date of service:      June 5th, 2015

A copy of this notice is being filed with the appellate clerk in accordance with rule

25.1(e) of the Texas Rules of Appellate Procedure.

_____
Hanh H. Duong
Attorney for Respondent/Appellant